**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| **RONALD E. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  3:05-CV-692-DRH-PMF |
| | ) | |
| **THE PURDUE PHARMA COMPANY,** | ) | |
| **PURDUE PHARMA, L.P.,** | ) | |
| **PURDUE PHARMA INC.,** | ) | |
| **PURDUE FREDERICK COMPANY,** | ) | |
| **THE P.F. LABORABORIES, INC.,** | ) | |
| **and MALLINCKRODT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby grants the Motion to Stay Proceedings and the case is hereby stayed as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc. and Mallinckrodt, Inc. until December 30, 2006.

With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

Date: November 27, 2006

/s/ David    RHerndon
JUDGE