IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD E. JOHNSON**,

**Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,
PURDUE PHARMA, L.P.,
PURDUE PHARMA INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC.,
and MALLINCKRODT, INC.,**

**Defendant.**                                    No. 05-0692-DRH

## ORDER

**HERNDON, Chief Judge:**

On November 14, 2008, the parties filed a stipulation for dismissal with prejudice (Doc. 29). Thus, the Court **ACKNOWLEDGES** the stipulation for dismissal and **DISMISSES with prejudice** this cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 17th day of November, 2008.

/s/   *David R Herndon*
**Chief Judge
United States District Court**